# Exhibit 5 re May 10th Order

1  Harold H. Davis (SBN 235552)
2  Marc R. Baluda (SBN 192516)
   **GREENBERG TRAURIG, LLP**
3  101 Second Street, Suite 2200
   San Francisco, CA 94105
4  Telephone: (415) 655-1300
5  Facsimile: (415) 707-2010
   E-mail: davish@gtlaw.com
6
   *Attorneys for Petitioner RONALD NICHOLSEN II*

FILED
MAY 10 2023
Clerk of the Napa Superior Court
By: Perez
    Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF NAPA

| | |
|---|---|
| RONALD NICHOLSEN II,<br><br>Petitioner,<br><br>v.<br><br>KELHAM VINEYARDS & WINERY LLC,<br>AND SUSANNA ROGERS KELHAM,<br><br>Respondents. | Case No. 21CV001403<br><br>[PROPOSED] ORDER FOLLOWING<br>CONTINUED SECOND ORDER TO SHOW<br>CAUSE HELD ON APRIL 17, 2023<br><br>Hearing Date: April 17, 2023<br>Time: 8:30 a.m.<br>Dept.: B |

1
[PROPOSED] ORDER

On the Court's own motion, a continued second Order to Show Cause hearing was held on April 17, 2023, mandating that Respondents Kelham Vineyards & Winery LLC ("Kelham Vineyards" or the "Company") and Susanna Kelham (collectively, "Respondents") show cause why they should not be sanctioned for failing to comply with the Court's Writ of Mandate and Order Granting Petitioner Ronald Nicholsen II's Writ of Mandate to Enforce His Rights to Obtain, Inspect, and Copy Certain Records of a Limited Liability Company Per California Corporations Code dated November 4, 2022 (the "November Order"). The November Order provided, inter alia, that "Respondents must comply with California Corporations Code section 17704.10 by providing Petitioner Ronald Nicholsen II ("Petitioner" or "Nicholsen") with the Company's books and records", as specifically set forth therein. Respondents were required to file and serve an initial return of the writ not later than December 15, 2022.

Subsequently, the Court held a Case Management Conference on January 23, 2023. At that time, Respondents had not filed a case management conference statement and had not returned the writ as required by the November Order. Consequently, the Court set an Order to Show Cause ("First OSC") hearing for February 15, 2023. Respondents did not timely file a response to the OSC per California Rule of Court 3.110(i). At the time of the First OSC hearing, Respondents had still not returned the writ as required by the November Order. As a result, the Court entered an order on March 2, 2023, which, among other things, (i) imposed a sanction of $1,500 on Susanna Kelham, personally, (ii) found that Respondents failure to return the writ was without justification pursuant to California Corporations Code section 17704.10, (iii) set a second Order to Show Cause hearing for March 13, 2023 ("Second OSC"), and (iv) ordered the parties to brief the issue of remedies available to Petitioner for Respondents' failure to comply with California Corporations Code section 17704.10.

In compliance with the March 2, 2023 Order, the parties submitted their briefs and additional filings including, Kelham Vineyards' Initial Return to Writ, filed on March 9, 2023; Petitioner's Petition for Recovery of Fees and Expenses and Response to OSC, filed on March 9, 2023 (the "Petition for Fees"); Kelham Vineyards' Brief Regarding Remedies and Request for Evidentiary

ACTIVE 686992263v3
Case 23-01009    Doc# 1-7    Filed: 09/10/23    Entered: 09/10/23 16:21:38    Page 3 of 4

| | |
|---|---|
| 1 | Hearing, filed on March 10, 2023; and Petitioner's Notice of Respondents' Noncompliance with the |
| 2 | Court's November 4, 2022 Writ and First Order to Show Cause, and accompanying documents, filed |
| 3 | on March 10, 2023. |

The Second OSC was held on March 13, 2023, and the Court then continued the Second OSC and set a hearing on Petitioner's Petition for Fees for April 17, 2023. The Court also set a briefing schedule with opening briefs due March 30, 2023 and responses due April 11, 2023, and the parties accordingly filed their briefs and responses. On April 17, 2023, the Court heard argument on the pleadings set forth above, and issued an Amended Minute order on April 21, 2023.

## ORDER

Having fully considered the pleadings, evidence, and arguments of all parties, both written and oral, and finding good cause therefor, the Court HEREBY ADOPTS ITS AMENDED MINUTE ORDER, attached hereto as Exhibit A, with the following modification:

1. Respondent Susanna Kelham (on behalf of Respondents) is ordered to personally pay, within 15 days of the notice of entry of this order, $134,679.40 (consisting of $107,820 in attorneys' fees, $2,449.61 in costs and $24,409.79 in expenses) payable to Petitioner's counsel.

**IT IS SO ORDERED**

Dated: 5-9 , 2023          By: _Scott_

2
[PROPOSED] ORDER
S7

ACTIVE 686992263v3