# CLERK'S NOTICE
## RE: Zoom Webinar Information
## Courtroom 220

WHEN: **September 13, 2023, at 2:00 PM** Pacific Time (US and Canada)
TOPIC: **23-01009 Kelham v. Nicholsen**

If you are not attending the hearing in person, please use the link below to join the Zoom webinar:

https://www.zoomgov.com/j/1600852902?pwd=UVBPZUd6RDBSN250M0ttY0tGa21MQT09
   Password: 104344

To Join by Telephone:

**Note: Parties who dial-in via phone are in listen-only mode. They will not have a live line to address the Court.**

US: +1 (669) 254-5252 or +1 (646) 828-7666
   Webinar ID: 160 085 2902
   Password: 104344
International numbers available: https://www.zoomgov.com/u/acRCbRarCJ

**Attorneys and parties intending to appear and be heard on matters on this calendar should NOT register with CourtCall as they had in the past.**

**All parties must wear business professional attire.**

**If you are making an appearance, your name must list the Line #, Your First Name, Your Last Name, and Representation. Otherwise, for security reasons, you will not be allowed into the Zoom hearing.**

**Please ensure you are connected via Zoom 15 minutes prior to the start of the hearing.**

## Important Notice to the Media and Public

Unless authorized by the Court, in accordance with the policy of the Judicial Conference of the United States, recording, retransmitting or otherwise copying or capturing any portion of the video or audio content during a hearing, trial or other proceeding taking place before the Court is prohibited.

A violation of this prohibition is subject to sanctions, including but not limited to removal of media credentials, restricted or denial of entry to future hearings, monetary sanctions, the suspension of electronic filing privileges or other sanction the Court deems*.

An official audio recording or written transcript of a hearing, trial or other proceeding may be available from the Clerk of Court or from PACER.

*United States District Court Northern District of California General Order 58, at paragraph III.

Case: 23-01009   Doc# 17   Filed: 09/13/23   Entered: 09/13/23 12:12:08   Page 1 of 1