Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>  Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11 |
| SUSAN R. KELHAM, in her Individual Capacity as Managing Member of Kelham Vineyard & Winery, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>RONALD NICHOLSEN, II, in his Individual Capacity as Petitioner in State Court Action No. 21CV001403,<br><br>  Defendant. | AP No. 23-01009-WJL<br><br>**REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Michael G. Kasolas, Chapter 11 Trustee of the Bankruptcy Estate of Kelham Vineyard & Winery, LLC, hereby requests that all copies of all pleadings, notices, documents, and other papers filed in the above-captioned adversary proceeding

be served upon the following:

>Lisa Lenherr
>Fennemore Wendel
>1111 Broadway, 24th Floor
>Oakland, CA 94607
>Telephone: (510) 834-6600
>Fax: (510) 834-1928
>Email: llenherr@fennemorelaw.com

DATED: October 20, 2023  FENNEMORE WENDEL

By: /s/ Lisa Lenherr
Lisa Lenherr
Attorneys for Creditor Michael G. Kasolas, Trustee of the Bankruptcy Estate of Kelham Vineyard and Winery, LLC